```
US ATTORNEY'S OFFICE/OKLAHOMA
210 PARK AVE., #400
OKLAHOMA CITY OK 73102


INTERNAL REVENUE SERVICE
PO BOX 745
DISTRICT DIRECTOR
CHICAGO IL 60690


OKLAHOMA TAX COMMISSION
ATTN: BANKRUPTCY DIVISION
120 N ROBINSON STE 2000
OKLAHOMA CITY OK 73102


AFFLIATED CREDIT SERVICES
PO BOX 7739
ROCHESTER MN 55903


ALLIANCE ONE
6160 MISSION GORGE RD
SUITE 300
SAN DIEGO CA 92120


ALLIANCE ONE
4850 STREET RD
SUITE 300
FEASTERVILLE TREVOSE PA 19053


AMERICAN COLLECTION SE
P.O. BOX 44069
OKLAHOMA CITY OK 73144


AMEX
P.O. BOX 981537
EL PASO TX 79998


AUTOMOTIVE FINANCE CORP
13085 HAMILTON CROSSING BLVD, SUITE 300
CARMEL IN 46032
```

```
BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998


BERLIN WHEELER, INC
PO BOX 479
TOPEKA KS 66601


BLUE CROSS BLUE SHIELD



CAC FINANCIAL CORP
2601 NW EXPWAY STE 1000 EAST
OKLAHOMA CITY OK 73112


CHRISTINE HICKEY
135 NORTH PENNSYLVANIA ST
SUITE 1400
INDIANAPOLIS IN 46204


CONVERGENT
800 SW 39 ST/PO BOX 9004
RENTON WA 98057


CONVERGENT OUTSOURCING
PO BOX 9004
RENTON WA 98057


COURT COLLECTIONS BUREAU
165 NW AMENITY CT
LAKE CITY FL 32055


CREDENCE RESOURCE MANA
PO BOX 2300
SOUTHGATE MI 48195
```

```
CREDIT COLLECTION SERVICES
725 CANTON STREET
NORWOOD MA 02062


DEANNE YORK
C/O TUCKER LAW FIRM
PO BOX 601
EDMOND OK 73083-0601


DEANNE YORK
629 LAKESIDE CIRCLE
EDMOND OK 73012


DIRECT EQUIPMENT COMP
11620 BURNING OAKS RD
OKLAHOMA CITY OK 73150


DIRECT TV
BANKRUPTCY DEPT
PO BOX 78626
PHOENIX AZ 85062


EBAY INC
2211 NORTH FIRST STREET
SAN JOSE CA 95131


FIRST COLLECTION SERVICES
10925 OTTER CREEK E BLVD
MABELVALE AR 72103-1661


HARRIS & HARRIS
111 WEST JACKSON BOULEVARD
SUITE 400
CHICAGO IL 60604-4135


JANA FERRELL AND ASSOC
4101 PERIMETER CENTER DR
OKLAHOMA CITY OK 73112
```

JILL YORK


JP MORGAN CHASE BANK N.A.
PO BOX 15298
WILMINGTON DE 19850


JPMCB CARD
PO BOX 15369
WILMINGTON DE 19850


JUSTIN HARGETT


KANSAS COUNSELORS
PO BOX 14765
LENEXA KS 66285-4765


KENT SLABOTSKY


LMC LEASING


MATT HAAG


MONARCH RECOVERY MANAGEMENT
3260 TILLMAN DR, SUITE 75
BENSALEM PA 19020


MRS ASSOCIATES
1930 OLNEY AVE
CHERRY HILL NJ 08003

```
NAVIENT
PO BOX 9500
WILKES BARRE PA 18773


NORTH TEXAS TOLLWAY AUTHORITY
PO BOX 660244
DALLAS TX 75266-0244


NORTHSTAR LOCATION SERVICES
ATTN: FINANCIAL SERVICES DEPT
4285 GENESEE ST
BUFFALO NY 14225


NORTHWEST ANESTHESIA
PO BOX 26168
OKLAHOMA CITY OK 73126-0168


OKC ORTHOPEDICS & SPORTS MED
C/O ROBINSON, HOOVER & FUDGE
119 N ROBINSON AVE, STE 1000
OKLAHOMA CITY OK 73102


OKLAHOMA NATURAL GAS
PO BOX 219296
KANSAS CITY MO 64121


PAY PAL CREDIT
PO BOX 105658
ATLANTA GA 30348-5658


PERFORMANT RECOVERY
PO BOX 9045
PLEASANTON CA 94566


PORTFOLIO RECOV ASSOC
120 CORPORATE BLVD STE 100
NORFOLK VA 23502
```

```
RGS
1700 JAY ELL DR
SUITE 200
RICHARDSON TX 75081



SUMMIT MEDICAL CTR
1800 S RENAISSANCE BLVD
EDMOND OK 73013



THE PHYSICIANS GROUP LLC
PO BOX 1998
OKLAHOMA CITY OK 73101



UNITED COLLECTION BUREAU INC
5620 SOUTHWYCK BLVD, STE 206
TOLEDO OH 43614



US BANK
ATTN CBDH
OSHKOSH WI 54903
```